**No. 10-6736. Terry Eugene Landry, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1207, 131 S. Ct. 1064, 178 L. Ed. 2d 879, 2011 U.S. LEXIS 947.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1070, 131 S. Ct. 662, 178 L. Ed. 2d 494, 2010 U.S. LEXIS 9064.

**No. 10-7070. Anthony C. Littrell, Petitioner v. United States.**

562 U.S. 1207, 131 S. Ct. 1064, 178 L. Ed. 2d 879, 2011 U.S. LEXIS 1047.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1053, 131 S. Ct. 621, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 8988.

**No. 10-7227. Rashaun Barkley, Petitioner v. Larry Glover, Administrator, Northern State Prison, et al.**

562 U.S. 1207, 131 S. Ct. 1065, 178 L. Ed. 2d 879, 2011 U.S. LEXIS 1069.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1114, 131 S. Ct. 834, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9751.

**No. 10-5328. Chitunda Tillman, Sr., Petitioner v. New Line Cinema, et al.**

562 U.S. 1208, 131 S. Ct. 1065, 178 L. Ed. 2d 879, 2011 U.S. LEXIS 1019.

January 24, 2011. Petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1085, 131 S. Ct. 641, 178 L. Ed. 2d 515, 2010 U.S. LEXIS 9351.

**No. 10-6396. Talakkottur R. David, Petitioner v. Fidelity Investments, et al.**

562 U.S. 1208, 131 S. Ct. 1065, 178 L. Ed. 2d 879, 2011 U.S. LEXIS 918.

January 24, 2011. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1054, 131 S. Ct. 603, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8916.

**No. 10-7175. Michael Bankoff, Petitioner v. United States.**

562 U.S. 1208, 131 S. Ct. 1065, 178 L. Ed. 2d 879, 2011 U.S. LEXIS 997.

January 24, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1086, 131 S. Ct. 675, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9094.

**No. 09-8695. Shannon P. Coryell, Petitioner v. California Department of Corrections, et al.**

562 U.S. 1208, 131 S. Ct. 1065, 178 L. Ed. 2d 879, 2011 U.S. LEXIS 1064.

January 24, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 559 U.S. 1015, 130 S. Ct. 1941, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2667.